USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/18/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mattel, Inc.,

                    Plaintiff,

          –v–

Agogo Store, *et al.*,

                    Defendants.

21-cv-1507 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

          It is ORDERED that this case be unsealed.

          SO ORDERED.

Dated:  March 18, 2021
          New York, New York

_____
          ALISON J. NATHAN
          United States District Judge

1