JUDGE NATHAN

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

**21 CV 01507**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., *Plaintiff* v. AGOGO STORE, CHIYOU TOY STORE, DEHUA BEAUTY RICH ARTS & CRAFTS CO., LTD., DISNEYS TOY STICKERS STORE, DRAGONMODEL STORE, FUN CHILDHOOD TOY STORE, GUANGZHOU INFINITY AMUSEMENT EQUIPMENT CO., LTD., GUANGZHOU YUEDONG INFLATABLE PRODUCTS CO., LTD., HASTING TOY STORE, HENAN TONG QU PARK AMUSEMENT EQUIPMENT CO., LTD., KIDS FUN TOY STORE, KIRINCARTOON STORE, ORAY INTERNATIONAL TRADING CO., LTD., QUANZHOU DONGSHANG CLOTHING & ACCESSORIES CO., LTD., RISE TOP TOYS LIMITED, SHANTOU CHENGHAI BLUE DEER TOY CO., LTD., SHENZHEN ENJOY INFLATABLES CO., LTD., SHOP5633041 STORE, SHOP5785180 STORE, SHOP910716070 STORE, SIMBOO STORE, SIMCASTLE STORE, THONAS BABY TOY STORE, TIK TOK STORE, TOBAY TOY STORE, XIAMEN MINE TRADING CO., LTD., XINGTAI JIUDA BIKE CO., LTD., YIWU OUNY TRADING CO., LTD. and YIWU YOHE E-COMMERCE FIRM, *Defendants* | CIVIL ACTION No. 21-mc-191 **ORDER TEMPORARILY SEALING FILE** **FILED UNDER SEAL** |

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Diane Reichenberger and Jason M. Drangel and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 17th day of February, 2021.

RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE