USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mattel, Inc.,

           Plaintiff,

–v–

Agogo Store, *et al.*,

           Defendants.

21-cv-1507 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's letter request for a modification of the temporary restraining order. Pursuant to Fed. R. Civ. P. 65(b)(2), the Court determines that there is good cause to extend the TRO to March 22, 2021 while the Third Parties comply with Plaintiffs' discovery requests so that Plaintiff may properly serve Defendants.

    The Show Cause hearing is adjourned to March 22, 2021 at 11:00 P.M. The parties may access the teleconference by dialing (888) 363-4749 and entering access code 9196964. Plaintiff shall serve both this Order and the Court's initial February 22, 2021 Order on Defendants by March 8, 2021. Opposition papers, if any, are due March 15, 2021, and Plaintiffs Reply is due March 19, 2021.

SO ORDERED.

Dated: February 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1