**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MATTEL, INC.,

        Plaintiff,

21 **CIVIL** 1507 (AJN) (SLC)

-against-

**DEFAULT JUDGMENT**

AGOGO STORE, CHIYOU TOY STORE, DEHUA BEAUTY RICH ARTS & CRAFTS CO., LTD., DISNEYS TOY STICKERS STORE, DRAGONMODEL STORE, FUN CHILDHOOD TOY STORE, GUANGZHOU INFINITY AMUSEMENT EQUIPMENT CO., LTD., GUANGZHOU YUEDONG INFLATABLE PRODUCTS CO., LTD., HASTING TOY STORE, HENAN TONG QU PARK AMUSEMENT EQUIPMENT CO., LTD., KIDS FUN TOY STORE, KIRINCARTOON STORE, ORAY INTERNATIONAL TRADING CO., LTD., QUANZHOU DONGSHANG CLOTHING & ACCESSORIES CO., LTD., RISE TOP TOYS LIMITED, SHANTOU CHENGHAI BLUE DEER TOY CO., LTD., SHENZHEN ENJOY INFLATABLES CO., LTD., SHOP5633041 STORE, SHOP5785180 STORE, SHOP910716070 STORE, SIMBOO STORE, SIMCASTLE STORE, THONAS BABY TOY STORE, TIK TOK STORE, TOBAY TOY STORE, XIAMEN MINE TRADING CO., LTD., XINGTAI JIUDA BIKE CO., LTD., YIWU OUNY TRADING CO., LTD. and YIWU YOHE E-COMMERCE FIRM,

        Defendants.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated February 22, 2022, On January 31, 2022, Judge Cave filed a Report & Recommendation recommending that the Court grant Plaintiff's motion for default judgment against Defendants. Dkt. No. 39. As of this date, no objections to the Report & Recommendation have been filed, and the deadline for objections has passed. *See* Dkt. No. 39 at 26. Thus, the Court reviews the Report & Recommendation for clear error, and it finds none.

The Court therefore adopts the Report & Recommendation in its entirety and GRANTS Plaintiffs' motion for default judgment against Defendants. Judgment is entered as follows: (1) Judgment is entered in favor of Plaintiff and against Defendants in the amount of $1,450,000.00 ($50,000.00 per Defendant for each of the 29 Defendants), plus post-judgment interest; (2) a permanent injunction is entered; (3) an asset restraining notice be served pursuant to C.P.L.R. § 5222; (4) the automatic stay imposed by Federal Rule of Civil Procedure 62 be dissolved and the judgment be enforced immediately; and (5) Plaintiff's $5,000 bond be returned upon the final disposition of the case; accordingly, this case is closed.

**DATED**: New York, New York
February 22, 2022

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *David J. Thomas*
**Deputy Clerk**