UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022
```

Mattel Inc.,

        Plaintiff,

—v—

Agogo Store et al.,

        Defendants.

21-cv-1507 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk of Court is respectfully directed to release the $5,000 bond to counsel for Plaintiff, Epstein Drangel, LLP, 60 East 42nd Street, Suite 2520, New York, New York 10165.

SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                        *[signature]*
                                      ALISON J. NATHAN
                                 United States District Judge